*Harrison*, for appellant.

*Burnett*, for appellee.

---

HANKS & PORTER *v.* W. A. STEWART, ETC.

**Attachment—Money Due School Teacher from State.**

Money due a teacher in the common schools from a state can not be attached in the hands of the school commissioners.

APPEAL FROM OWEN CIRCUIT COURT.

March 21, 1873.

OPINION BY JUDGE PRYOR.:

This court, in the case of *Tracy & Lloyd v. Hornbuckle and Wife,* 8 Bush 336, decided the identical question involved in this case.

Money due a teacher of a common school from the state can not be, attached in the hands of the school commissioner.

Judgment is *affirmed.*

*Craddock & Roberts, for appellants.*

*J. W. Green, for appellees.*